UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2010 NOV 12  PM 2: 19

CLERK
BY_____
DEPUTY CLERK

---

THE VLADIMIR GUSINSKY
REVOCABLE TRUST, On Behalf of Itself
and All Others Similarly Situated,

             Plaintiff,

       v.

ROCK OF AGES CORPORATION, JAMES
L. FOX, RICHARD C. KIMBALL,
DONALD M. LABONTE, PAMELA G.
SHEIFFER, KURT M. SWENSON,
FREDERICK E. WEBSTER, JR.,
SWENSON GRANITE COMPANY, LLC,
and GRANITE ACQUISITION, LLC,

             Defendants.

Civil Action No. 1: 10-CV-262

---

## MOTION TO AMEND COMPLAINT

Plaintiff, The Vladimir Gusinsky Revocable Trust, by its undersigned attorneys, hereby moves to amend its Complaint pursuant to F.R.C.P. Rule 15(a)(1)(A) for the reasons set forth in the following memorandum of law.

## MEMORANDUM OF LAW IN SUPPORT OF MOTION

F.R.C.P. Rule 15(a) provides that a party may amend its pleading once as a matter of course at any time before a responsive pleading is served. Plaintiff's Complaint was filed with the Court on October 27, 2010. No appearance or responsive pleading has been filed by any defendant. Plaintiff's request to amend its Complaint falls within the timeframe permitted for this amendment to be made as a matter of course.

WHEREFORE, Plaintiff respectfully requests leave to amend its Complaint as set forth in the Amended Complaint filed herewith.


Dated: November 12, 2010

**POTTER STEWART, JR.
LAW OFFICES P.C.**

By: _____

Potter Stewart, Jr.
The Merchants Bank Building
205 Main Street, Suite 8
Brattleboro, VT  05301
Tel.:  (802) 257-7244


OF COUNSEL:

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Brian D. Long
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel.: (302) 295-5310
Fax: (302) 654-7530

**RYAN & MANISKAS, LLP**
Richard A. Maniskas
995 Old Eagle School Rd., Suite 311
Wayne, PA 19087
Tel.: (484) 588-5516
Fax: (484) 450-2582