U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2010 DEC -9 PM 1:12

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| TODD SEMON, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROCK OF AGES CORPORATION, SWENSON GRANITE COMPANY, LLC, KURT M. SWENSON, JAMES L. FOX, RICHARD C. KIMBALL, DONALD LABONTE, LAURA A. PLUDE, PAMELA G. SHEIFFER, CHARLES M. WAITE, and FREDERICK E. WEBSTER JR.,<br><br>Defendants. | Case No. 5:10cv00143 - CR<br><br>CLASS ACTION |
| THE VLADIMIR GUSINSKY REVOCABLE TRUST, on behalf of itself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROCK OF AGES CORPORATION, JAMES L. FOX, RICHARD C. KIMBALL, DONALD LABONTE, PAMELA G. SHEIFFER, KURT M. SWENSON, FREDERICK E. WEBSTER JR., SWENSON GRANITE COMPANY, LLC, and GRANITE ACQUISITION, LLC,<br><br>Defendants. | Case No. 5:10-cv-00262-CR ✓ |

**PLAINTIFF TODD SEMON'S CROSS-MOTION TO BE APPOINTED LEAD PLAINTIFF (WITH PROPOSED PLAINTIFF MEISTER) AND APPROVAL OF HIS SELECTION OF WOLF POPPER LLP AS LEAD COUNSEL AND TARRANT, GILLIES, MERRIMAN & RICHARDSON AS LIAISON COUNSEL**

Plaintiff Todd Semon (and proposed Co-Plaintiff Jerome Meister) in the above action entitled *Semon v. Rock of Ages Corp., et al.*, C.A. No. 5:10-cv-00143-CR ("Semon Action"), by their undersigned counsel, hereby move to be appointed as Lead Plaintiffs should the Court determine that it has subject matter jurisdiction of the later filed action entitled *The Vladimir Gusinsky Revocable Trust v. Rock of Ages Corp., et al.*, No. 5:10-cv-00262-CR ("Gusinsky Action") and consolidates the Gusinsky Action into the lower numbered Semon Action.

Plaintiff Semon (and proposed Co-Plaintiff Meister) further move the Court to approve their selection of their counsel, Wolf Popper LLP, as Lead Counsel for Plaintiffs, and Tarrant, Gillies, Merriman & Richardson, as Liaison Counsel for Plaintiffs, should the defendants' motion to consolidate the Semon Action and the Gusinsky Action be granted.

The grounds for this Motion are set forth in Plaintiff Todd Semon's Memorandum In Response to Defendants' Motion to Consolidate and to Stay Proceedings, and In Support of Cross-Motion to be Appointed Lead Plaintiffs and Approval of Selection of Wolf Popper LLP as Lead Counsel and Tarrant, Gillies, Merriman & Richardson as Liaison Counsel, submitted herewith, as well as such other papers and argument as may be presented to the Court.

Plaintiff Semon (and proposed Co-Plaintiff Meister) respectfully request oral argument.

## LOCAL RULE 7(a)(7) CERTIFICATION

Pursuant to the Local Rules of this Court, the undersigned counsel hereby certifies that Wolf Popper LLP, counsel for Plaintiff Semon, conferred with counsel for Gusinsky, and sent an e-mail both to counsel for Gusinsky and to counsel for Defendants in a good faith attempt to obtain their agreement to the motion. Neither Defendants nor Gusinsky assented to the motion.

DATED: December 6, 2010              Respectfully submitted,

s/ Chet B. Waldman

Chet B. Waldman (admitted *pro hac vice*)

- 1 -

WOLF POPPER LLP
845 Third Avenue
New York, New York 10022
(212) 759-4600

/s/ Daniel P. Richardson

Daniel P. Richardson
Gerald Tarrant
TARRANT, GILLIES, MERRIMAN & RICHARDSON
44 East State Street
P.O. Box 1440
Montpelier, Vermont 05601-1440
(T): (802) 223-1112
(F): (802) 223-6225

*Attorneys for Plaintiff Semon and Proposed Plaintiff Meister*