UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| THE VLADIMIR GUSINSKY ) <br>   REVOCABLE TRUST, on behalf of ) <br>   itself and all others similarly situated, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROCK OF AGES CORPORATION, ) <br> JAMES L. FOX, ) <br> RICHARD C. KIMBALL, ) <br> DONALD LABONTE, ) <br> PAMELA G. SHEIFFER, ) <br> KURT SWENSON, ) <br> FREDERICK E. WEBSTER, JR., ) <br> SWENSON GRANITE COMPANY, and ) <br> GRANITE ACQUISITION, LLC, ) <br> ) <br>    Defendants. ) | Docket No. 5:10-cv-262 |

### JOINDER OF DEFENDANTS
### KURT SWENSON, DONALD LABONTE,
### AND RICHARD KIMBALL
### IN THE COMMITTEE DEFENDANTS'
### OPPOSITION TO PLAINTIFF'S MOTIONS TO BE APPOINTED LEAD PLAINTIFF
### AND LEAD PLAINTIFFS' COUNSEL

Defendants Kurt Swenson, Donald LaBonte, and Richard Kimball, by their attorneys Downs Rachlin Martin PLLC, hereby join in the Defendants James L. Fox's, Pamela G. Sheiffer's, and Frederick E. Webster, Jr.'s (the "Committee Defendants") Opposition (Docket Entry 51) to Plaintiff's Motion to be Appointed Lead Plaintiff and for Rigridsky & Long to be Appointed as Lead Plaintiffs' Counsel (Docket Entry 25).

Dated at Burlington, Vermont this 23rd day of December, 2010.

          KURT SWENSON
          DONALD LABONTE
          RICHARD KIMBALL

      By: __/s/ Walter E. Judge, Jr._____
        Walter E. Judge, Jr.
        Downs Rachlin Martin PLLC
        Attorneys for Defendants
        199 Main Street, P.O. Box 190
        Burlington, VT 05402-0190
        Telephone: 802-863-2375

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, December 23, 2010, I electronically filed a true and correct copy of the foregoing Joinder in Opposition to Motion to be Appointed Lead Plaintiff and for Rigridsky & Long to be Appointed as Lead Plaintiffs' Counsel, via the ECF system which will give electronic notice to registered participants in the Notice of Electronic Filing.

      By: __/s/ Walter E. Judge, Jr._____
        Walter E. Judge, Jr.